AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
09/25/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
09/28/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

United States of America,

Plaintiff,

v.

JIN FU WEI,
XIAODAN LEI,

Defendants,

Case No. 8:26-mj-00613-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of August 26, 2026, in the county of Orange in the Central District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1544 | Misuse of Passport |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Ronald Manuel*
*Complainant's signature*

Ronald J. Manuel, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: September 28, 2026

Karen E. Scott
*Judge's signature*

City and state: Orange, California

Hon. Karen E. Scott, U.S. Magistrate Judge
*Printed name and title*

AUSA: Kent Walters (x0331)

# AFFIDAVIT

I, Ronald J. Manuel, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrants against JIN FU WEI ("WEI") and XIAODAN LEI ("LEI") (collectively, the "SUBJECTS"), for violations of 18 U.S.C. § 1544 – Misuse of Passport.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrants, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") in the Los Angeles Field Office and have been so employed since 2008. I am currently assigned to the Joint Terrorism Task Force at the Los Angeles International Airport (LAX), where I specialize in investigating violations of federal law onboard aircraft and involving the airport environment.

## III. SUMMARY OF PROBABLE CAUSE

4. The SUBJECTS, both Chinese citizens, traveled by commercial airliner from Los Cabos International Airport, Mexico to their United States port of entry at John Wayne Airport in Santa Ana, California ("SNA") on August 26, 2026. Upon arrival, the SUBJECTS presented U.S. passports of real citizens, "K.M." and "J.Z.", to U.S. Customs and Border Protection ("CBP") officers for inspection and admission into the United States.

5. CBP Officers determined the biometric identifiers associated with the U.S. passports did not match those of the SUBJECTS and detained the SUBJECTS further review of their admissibility to the United States. When interviewed, both SUBJECTS admitted that the U.S. passports did not belong to them and that they did not know the individuals listed on the U.S. passports. Both SUBJECTS admitted that they purchased the U.S. passports in Mexico in an effort to gain entry into the United States. Once in the United States, the SUBJECTS were to return the U.S. passports to an unknown individual in exchange for the return of their own Chinese passports.

## IV. STATEMENT OF PROBABLE CAUSE

6. Based on my review of law enforcement reports, surveillance video recordings, conversations with other law enforcement agents and airline personnel, and my own knowledge of the investigation, I am aware of the following:

**A. WEI and LEI Attempt to Enter into the United States Using Fraudulent United States Passports**

7. On August 26, 2026, the SUBJECTS traveled by commercial airliner from Los Cabos International Airport, Mexico ("SJD") to the United States port of entry at Wayne Airport in Santa Ana, California ("SNA"). As confirmed by security video footage at the Federal Inspection Services[1] ("FIS"), WEI and LEI presented U.S. passports to U.S. Customs and Border Protection ("CBP") officers for inspection and to gain admission into the United States.

8. WEI approached the FIS booth staffed by CBP Officer ("CBPO") Matthew Fitzmorris, presented a U.S. passport for an individual "K.M.", and identified himself as K.M. CBPO Fitzmorris scanned the U.S. passport and received a "no match" alert from the Transfer Verification Service[2] ("TVS"), indicating a mismatch between the facial recognition scan and the scanned U.S. passport.

9. LEI approached the FIS booth staffed by CBPO Jamie Sanchez, presented a U.S. passport for an individual "J.Z.", and identified himself as J.Z. CBPO Sanchez scanned the U.S. passport and received a "no match" alert from TVS, indicating a mismatch between the facial recognition scan and the scanned U.S. passport.

---

[1] The FIS area is a secure, restricted zone at airports and ports of entry where U.S. Customs and Border Protection (CBP) officers process arriving international travelers, crew members, and their baggage.

[2] TVS is CBP's biometric facial comparison system that compares the facial features of a traveler with the photo in official travel documents to verify identity.

10. According to airline records, only passengers with the names K.M. and J.Z. are listed on the flight manifest and as boarding the flight. Neither of the SUBJECTS' names appear on the flight manifest.

11. As a result, CBP Officers detained the SUBJECTS. The SUBJECTS were then transported to the CBP Admissibility Review Unit (ARU) for further review of their admissibility to the United States.

**B. WEI and LEI Admit to Being Chinese Citizens and Purchasing the Fraudulent U.S. Passports to Gain Entry into the United States**

12. ARU officers conducted a recorded interview with WEI with the assistance of CPBO Patrick Liu, a certified Chinese translator. WEI stated that he communicated with an unknown person on WeChat[3] who arranged the his travel to Mexico and for him to obtain a U.S. passport. While in Mexico, WEI and LEI purchased the U.S. passports from an unknown subject ("UNSUB 1"). WEI stated that he did not know LEI prior to that time. WEI purchased a U.S. passport belonging to "K.M."

13. WEI stated that he handed over his Chinese passport to UNSUB 1. As part of the transaction, upon entry into the United States, the SUBJECTS were to contact the unknown WeChat user, who would arrange a meeting with another unknown subject ("UNSUB 2"). The SUBJECTS would hand the U.S. passports over to UNSUB 2, who would, in exchange, return SUBJECTS' Chinese passports to them.

---

[3] WeChat is a multipurpose messaging, social media, and mobile payment app developed by the Chinese company Tencent and primarily used by people in China.

14. WEI told CBP he was currently a Chinese citizen, not a U.S. citizen. WEI said he did not know who K.M. was, nor could WEI answer basic questions about K.M., such as the parents' names for K.M. or K.M.'s criminal history.[4] WEI had on his possession one Chinese credit card and one Chinese bank card, both in WEI'S name. WEI also had on his possession an expired Texas driver's license for K.M. WEI told CBP he was not the lawful bearer for K.M.'s passport.

15. When asked if he attempted to present himself to CBP Officers under the name K.M., WEI admitted he did. When asked by ARU if WEI knowingly and willingly presented the passport of K.M. to enter the United States, WEI admitted he did.

16. ARU officers conducted a recorded interview with LEI with the assistance of CPBO Patrick Liu. LEI also stated that he communicated with an unknown person on WeChat who arranged his travel to Mexico and for him to obtain a U.S. passport. While in Mexico, LEI and WEI purchased the U.S. passports from an unknown subject ("UNSUB 1"). LEI also denied knowing WEI other prior to that interaction.

17. LEI also admitted he was currently a Chinese citizen, not a U.S. citizen. LEI purchased a U.S. passport belonging to "J.Z." LEI said he did not know who J.Z. was, nor could LEI answer basic questions about J.Z., such as the name of J.Z.'s wife as listed in the passport application form for J.Z. LEI told CBP he was not the lawful bearer for J.Z.'s passport. When

[4] A government records check revealed the real K.M. was previously arrested and thus had a criminal history.

asked by ARU if LEI attempted to present himself to CBP Officers under the name J.Z., LEI admitted he did. When asked by ARU if LEI knowingly and willingly presented the passport of J.Z. to enter the United States, LEI admitted he did.

## V. CONCLUSION

18. For all the reasons described above, there is probable cause to believe that JIN FU WEI and XIAODAN LEI committed a violation of 18 U.S.C. § 1544 – Misuse of Passport.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this ~~25th~~ day of September, 2026. 28th

Karen E. Scott

HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE